ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Lee DeNoyer,

Plaintiff,

v.

Duane Rogers,

Defendant.

Court File No. 00-342 MJD\AJB

**ORDER**

---

The above-captioned matter came before the undersigned upon a motion of defendant for an Order extending the Pretrial Scheduling Order.

Upon all the files, records, arguments of counsel and proceedings herein, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion for Extension of Pretrial Scheduling Order is hereby granted. The following schedule shall govern the action:

a. The parties may conduct discovery until January 1, 2001;
b. All non-dispositive motions shall be filed and served prior to January 1, 2001;
c. All dispositive motions shall be filed and served prior to February 1, 2001; and
d. The case will be ready for trial on March 1, 2001.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 8/21/00

The Honorable Arthur J. Boylan
United States Magistrate Judge

RRM: 9845/cmp

AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______