**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James Lee DeNoyer,

Civil No. 00-342 (MJD/AJB)

Plaintiff,

v.

**ORDER TO TAKE ACTION ON SUMMARY JUDGMENT MOTION**

Duane Rogers,

Defendant.

This matter is before the Court, Magistrate Arthur J. Boylan, on defendant's motion for summary judgment, filed January 3, 2001. Plaintiff is a pro se prisoner whose complaint alleges violation of civil rights under 42 U.S.C. §1983. He alleges an Eighth Amendment claim of deliberate indifference to medical needs. Defendant is represented by Scott T. Anderson, Esq, and Erin K. Munson, Esq.

**IT IS HEREBY ORDERED THAT** plaintiff shall have until February 8, 2001, to submit a memorandum response to defendant's motion for summary judgment. Plaintiff's responsive memorandum must be filed with the Court and served upon defendant before February 8, 2001, at which time the motion for summary judgment will be considered fully briefed and ready for determination. Failure to provide a timely written response addressing each of the bases for dismissal will result in consideration of the motion without argument from the plaintiff. **There will be no hearing or oral argument on this motion.**

Dated: 1/10/01

Arthur J. Boylan
United States Magistrate Judge

Filed JAN 10 2001
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________