**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James Lee DeNoyer,

Civil No. 00-342 (MJD/AJB)

Plaintiff,

v.

**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME**

Duane Rogers,

Defendant.

This matter is before the Court on plaintiff's motion for enlargement of time. Plaintiff requests additional time to comply with the Court's Order dated January 10, 2001, therein allowing plaintiff until February 8, 2001, to respond to defendant's motion for summary judgment. Plaintiff asserts that as a result of his current incarceration at St. Louis County Jail; unavailability of resources; and pending revocation proceedings, he needs additional time to respond to the summary judgment motion.

Based upon plaintiff's representations **IT IS HEREBY ORDERED** that plaintiff's motion is **granted** [Docket No. 32]. Plaintiff shall have until March 15, 2001, to serve a response on the defendant and file his response with the Court. Plaintiff shall immediately advise the Court of any change in address.

Dated: 2/5/01

Arthur J. Boylan
United States Magistrate Judge

FEB 05 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK Jem

33