**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Lee DeNoyer,

Petitioner,

v.

**ORDER**
Civ. No. 00-342 ( MJD/AJB)

Duane Rogers and
Noble County,

Respondents.

---

This matter is before the Court upon Plaintiff's objections to United States Magistrate Judge Arthur J. Boylan's Report and Recommendation dated May 2, 2000.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review and all the arguments of the parties, the Court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against Defendant Nobles County be dismissed pursuant to 28 U.S.C. §1915A(b); and

2. Plaintiff's claims against the remaining Defendant, Duane Rogers, be allowed to go forward at this time.

Dated: 3-26, 2001.

Michael J. Davis
United States District Court Judge

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK