UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Lee DeNoyer,

Petitioner,

v.

**ORDER**
Civ. No. 00-342 ( MJD/AJB)

Duane Rogers and
Noble County,

Respondents.

This matter is before the Court upon Defendants' partial appeal of Magistrate Judge Arthur Boylan's Order dated May 2, 2000. Defendant appeals the denial of his motion for appointment of counsel.

The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** that:

Magistrate Judge Boylan's Order be AFFIRMED.

Dated: 3-30-01

Michael J. Davis
United States District Court Judge

FILED MAR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK