**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James Lee DeNoyer, Civil No. 00-342 (MJD/AJB)

Plaintiff,

v.

**ORDER ON PLAINTIFF'S SECOND MOTION TO EXTEND TIME**

Duane Rogers,

Defendant.

This matter is before the Court on plaintiff's second motion for enlargement of time. Defendant filed a motion for summary judgment dismissing the claims on January 3, 2001. Plaintiff was initially given until February 8, 2001, to respond to the summary judgment motion. He requested additional time to respond to defendant's motion and by Order dated February 5, 2001, was permitted until March 15, 2001, to serve and file his response. By letter to the Court dated March 13, 2001, plaintiff has again requested and extension of time to submit a response. He seeks an additional two months, asserting difficulty in retrieving his legal material relating to this case, partly because of incarceration at the St. Louis County Jail and a likelihood that he will be returned to prison. unavailability of resources; and pending revocation proceedings, he needs additional time to respond to the summary judgment motion.

Based upon plaintiff's representations **IT IS HEREBY ORDERED** that plaintiff's motion is **granted** [Docket No. 34]. Plaintiff shall have until May 15, 2001, to serve a response on the defendant and file his response with the Court. Plaintiff is advised that this matter will be considered ready for determination on that date without regard to whether he has

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

submitted a response The Court finds that plaintiff has had sufficient time and opportunity to make arrangements for obtaining his personal legal materials and no further extension will be granted except upon showing of exceptional circumstances, not including incarceration. Plaintiff shall immediately advise the Court of any change in address.

Dated: 4/17/01

Arthur J. Boylan
United States Magistrate Judge