**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

James Lee DeNoyer,

Plaintiff,

v.

Duane Rogers,

Defendant.

Civil No. 00-342 (MJD/AJB)

**ORDER**

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Arthur J. Boylan, dated August 31, 2001, on defendant Roger's motion for summary judgment. Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein:

**IT IS HEREBY ORDERED** that defendant's motion for summary judgment [Docket No. 28] is **granted**. Plaintiff's complaint is hereby **dismissed** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: Oct. 2, 2001

Michael J. Davis
MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________