# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Lee DeNoyer                                    Case No. Civil 00-342 MJD/AJB

Plaintiff

v.                                    **JUDGMENT IN A CIVIL CASE**

Duane Rogers

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is granted. Plaintiff's complaint is hereby dismissed with prejudice.

DATE: October 2, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk