Wed Jan 12 11:19:07 2005

UNITED STATES DISTRICT COURT

MPLS, MN

CV00-342 MJD/AJB

Receipt No. 400 278965
Cashier sheri

Tender Type MONEY ORDER

M.O. Number: 06738629163

Transaction Type EAR

Case No./Def No. / 0

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 5100PL |

Amount $ 10.00

JAMES LEE DENOYER 0:00-CV-342

SUBSEQUENT PAYMENT OF FILING FEE

U.S. DISTRICT COURT ST. PAUL
JAN 12 2005
SCANNED

RECEIVED
BY U.S. MAIL

2005 JAN 12 AM 9:23

U.S. DIST COURT
MINNEAPOLIS, MN

Clerk, U.S. District Court
300 South Fourth Street, STE 202
Minneapolis, Minnesota 55415

RE: Case: James DeNoyer v. Nobles County
Jail, et al.
Case No. 0:00-CV-00342

To Whom It May Concern,

Enclosed is a ten dollar ($10.00) payment regarding the case file mentioned above. Please credit my account.

THANK YOU for your time and attention.

Sincerely,

James DeNoyer