Wed Jan 12 11:19:07 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 278965
Cashier sheri

Tender Type MONEY ORDER

M.O. Number: 06738629163

Transaction Type XAR

Case No./Def No. / 0

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 5100PL |

Amount $ 10.00

JAMES LEE DENOYER 0:00-CV-342

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
JAN 26 2005
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

OFFICIAL BUSINESS

LEGAL MAIL OPEN
IN THE PRESENCE
OF THE PRISONER

RECEIVED
BY MAIL
JAN 26 2005
CLERK, US DIST. COURT
ST. PAUL, MN

US POSTAGE
$ 00.37
Mailed From 55101
01/12/2005
031A 0002303246

James L DeNoyer
219 1st
Duluth

NIXIE 2028 1 06 01/23/05
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

55802+2107 17