Wed Feb 2 11:53:40 2005

UNITED STATES DISTRICT COURT

MPLS, MN

CV00-342 MJD/AJB

Receipt No. 400 279981
Cashier sheri

Tender Type MONEY ORDER

M.O. Number: 07460990381

Transaction Type *AR

Case No./Def No. / 0

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 5100PL |

Amount $ 10.00

JAMES LEE DENOYER 0:00-CV-342 MJD/AJB

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
FEB 03 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
BY U.S. MAIL

2005 FEB -2 AM 9:39

CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Clerk, U.S. District Court
ATTN: Financial Services
300 South Fourth Street, STE 202
Minneapolis, MN 55415

RE: Case: DeNoyer v. Nobles County Jail, et al
Case No. 0:00-CV-00342

February 1, 2005

Dear Clerk,

Enclosed is a Postal Money Order for ten dollars ($10.00). This is my "February payment" regarding the "Outstanding Balance Due," with regard to the case file mentioned at the top of this letter.

THANK YOU for your time and attention.

Sincerely,
James DeNoyer